IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01531-REB-BNB

PHILIP EDWARD STETZEL,

Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondent.
_____

**ORDER**
_____

This matter is before me on the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (the "Application"), filed by Philip Edward Stetzel (the "petitioner") on October 26, 2004. The respondent filed an Answer to Application for Writ of Habeas Corpus (the "Answer") on December 27, 2004. The Answer asserts factual statements regarding the petitioner's competency hearing, the hearing on his motion to withdraw the plea, and the written plea agreement. *Answer*, pp. 15-17. However, the respondent does not provide a copy of the written plea agreement, nor does he provide transcripts of the hearings. In addition, the respondent did not provide a copy of the mandate. Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts,

IT IS ORDERED that, on or before October 26, 2005, the respondent shall provide the Court with a copy of the mandate, the written plea agreement, transcripts of the petitioner's competency hearing, and transcripts of the hearing on his motion to withdraw the plea.

Dated October 11, 2005.

                                  BY THE COURT:

                                  /s/ Boyd N. Boland
                                United States Magistrate Judge